EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 05-00116 HG |
| Plaintiff, ) | FIRST SUPERSEDING INDICTMENT |
| vs. ) | [21 U.S.C. Sections 841(a)(1), 841(b)(1)(A) and 846 |
| ISAEL PEREZ (01), ) LUIS ALFREDO SARAVIA (02), ) | |
| Defendants. ) | |

FIRST SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges that:

From a time unknown up through and including on or about March 17, 2005, in the District of Hawaii and elsewhere, defendants ISAEL PEREZ and LUIS ALFREDO SARAVA, also known as "Uncle Lui," knowingly and intentionally conspired with others

known and unknown to the Grand Jury, to distribute and possess with intent to distribute 500 grams or more of a substance and mixture containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841 (b)(1)(A).

## OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. During the period beginning in approximately January, 2004, defendant ISAEL PEREZ travelled to Honolulu, Hawaii and delivered pound quantities of methamphetamine to co-conspirators, not charged as defendants.

2. During the period beginning in approximately January, 2004, defendant ISAEL PEREZ received payment for the methamphetamine delivered to his co-conspirators.

3. During the period beginning in approximately January, 2004, defendant LUIS ALFREDO SARAVIA drove co-defendant ISAEL PEREZ to the meetings where methamphetamine and money was exchanged.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT 2

The Grand Jury further charges that:

On or about March 17, 2005, in the District of Hawaii, Defendants ISAEL PEREZ and LUIS ALFREDO SARAVIA did knowingly and intentionally attempt to distribute 500 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately two pounds, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

## COUNT 3

The Grand Jury further charges that:

On or about March 17, 2005, in the District of Hawaii, Defendant ISAEL PEREZ did knowingly and intentionally possess with intent to distribute 500 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately one pound, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

## COUNT 4

A.  As a result of committing the offenses alleged in Counts 2 and 3 of this Indictment, Defendant Isael Perez shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from, any proceeds which Defendant Isael Perez obtained, directly or indirectly, as

the result of such offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including but not limited to the following:

    A. One 1995 Gold Colored BMW 525i
    Hawaii License Plate Number, GEJ 679, registered to
    Isael Perez, Vehicle Registration Number WBAHD
    63245GK84697

    B.    If any of the above-described forfeitable property, as a result of any act or omission of the Defendant --

1. cannot be located upon the exercise of due diligence;

2. has been transferred or sold to, or deposited with, a third person;

3. has been placed beyond the jurisdiction of the court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) to seek forfeiture of any other property of the Defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Sections 853 and 21 U.S.C. §841(a)(1).

4

COUNT 5

The Grand Jury further charges that:

On or about March 17, 2005, in the District of Hawaii, Defendants ISAEL PEREZ and LUIS ALFREDO SARAVIA did knowingly and intentionally possess with intent to distribute 500 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately two pounds, a Schedule II controlled substance, in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(A).

DATED: 4/28/05, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Isael Perez, et.al
"First Superseding Indictment"
Cr. No. 05-00116 HG